THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES ALISA.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK HART and Others.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MORRIS KANTROWITZ v. MAX DOLGOFF.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SOPHIE ORLOF, Also Known as SOPHIE CICHOWSKI, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Impleaded with REGINA CAVATIO.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BONWIT TELLER & COMPANY v. NATHAN KREIZVOGEL.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GREAT AMERICAN INDEMNITY COMPANY v. MANHATTAN WET WASH LAUNDRY Co., INC.— Application granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EDWARD J. BURNS, as Administrator, etc., v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of REUNE MARTIN and Others for the Settlement of Their Accounts as Trustees of LEILA R. MARTIN, Deceased.— Motion denied. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MASON B. STARRING v. HAMILTON GAS COMPANY and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

STERLING MOTOR TRUCK COMPANY OF NEW YORK, INC., v. THOMAS J. LAVAN and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MAE L. BREARTON v. CORA E. DEWITT and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.